Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Michael J. Manning, Esq. (SBN 286879)
**MANNING LAW, APC**
26100 Towne Centre Drive
Foothill Ranch, CA 92610
Office: (949) 200-8755
Email: privacy@manninglawoffice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: MURPHY MARTINES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURPHY MARTINES, an individual,<br><br>Plaintiff,<br>v.<br><br>THE PEP BOYS--MANNY, MOE AND JACK, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04643-ODW-PD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, MURPHY MARTINES ("Plaintiff") hereby dismisses this action, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

Dated: September 23, 2025          Respectfully submitted,

NATHAN & ASSOCIATES, APC

By: s/ Reuben D. Nathan
Reuben D. Nathan, Esq.
Email: rnathan@nathanlawpractice.com
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663
Telephone: (949)270-2798

*Attorneys for Plaintiffs*